UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DANIEL L POWELL,<br><br>  Defendant. | Case No. 16-cv-02996-WHO<br><br>**ORDER GRANTING SANCTIONS AND TO SHOW CAUSE WHY ARREST WARRANT SHOULD NOT ISSUE**<br><br>Re: Dkt. No. 29 |

On January 11, 2017, I entered a Mandatory Injunction requiring defendant Daniel L. Powell to submit to an audit, to immediately contact the auditor and plaintiff's attorney, and to show cause why he should not be ordered to pay sanctions in the amount of the fees incurred by plaintiffs' counsel. Dkt. No. 29. I set a hearing for March 14, 2017. *Id.* Powell did none of the things I required of him, and he failed to appear at the hearing on March 14, 2017.

Accordingly, with good cause appearing, I ORDER that:

1. Sanctions are awarded to plaintiffs in the amount of $8,894.94 in attorney's fees and costs;

2. A further hearing is set for **May 2, 2017**, at 2 p.m. in Courtroom 2, 17th floor, 450 Golden Gate Avenue, San Francisco, California 94102. Powell is ordered to show cause why an arrest warrant should not issue for his continued noncompliance with court orders. This order to show cause and the hearing on May 2, 2017 shall be vacated if Powell has complied with the Mandatory Injunction on or before April 25, 2017; and

3. Plaintiffs shall make best efforts to personally serve this Order, and another copy of the

Mandatory Injunction, on Powell as soon as possible. Plaintiffs shall also file a Status Report on April 26, 2017, describing the status of service and compliance with this Order and the Mandatory Injunction.

**IT IS SO ORDERED.**

Dated: March 15, 2017

William H. Orrick
United States District Judge