UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL L. POWELL, an individual doing business as DANIEL POWELL CONCRETE CUTTING,<br><br>Defendant. | Case No.: 3:16-cv-02996-WHO<br><br>**WARRANT FOR THE ARREST OF A PARTY TO A CIVIL ACTION**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Before:** Hon. William H. Orrick |

**TO ANY AUTHORIZED LAW ENFORCEMENT OFFICER:**

**YOU ARE COMMANDED** to arrest and bring before this court DANIEL L. POWELL, a party who has been personally served with lawful orders of this court, and who has disobeyed said orders. 18 U.S.C. Section 401(3).

**YOU ARE FURTHER COMMANDED** to detain this individual until this court orders discharge from custody.

DATE: June 1, 2017

UNITED STATES DISTRICT COURT

City and state: San Francisco, California

_____
HON. WILLIAM H. ORRICK
United States District Court Judge

---

**Return**

This warrant was received on (date) _____ and the person was arrested on (date) _____ at (city and state) _____.