United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DANIEL L POWELL,<br><br>　　　　　Defendant. | Case No. 16-cv-02996-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 53 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 11, 2017

_____
WILLIAM H. ORRICK
United States District Judge